

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00408-CV

Buck **MURRAY**,
Appellant

v.

**THE HONDO NATIONAL BANK**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CVCD-17-0000236
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee The Hondo National Bank recover its costs on appeal from Appellant Buck Murray.

SIGNED September 23, 2020.

_____
Irene Rios, Justice